13-CCM-01 (JGM)

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

FILED

2013 NOV 20 P 6:06

US DISTRICT COURT
HARTFORD CT

United States of America
v.
Joshua Phillip Klimas

*Defendant(s)*

Case No. 13MJ288 JGM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 6/1/13 in the county of Windham in the District of Connecticut, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 871 | making threats against the President |
| 18 U.S.C. § 879 | making threats against the President's immediate family |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

John W. Koelzer
*Complainant's signature*

Special Agent, U.S.S.S.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/19/2013

/s/ JGM [redacted]
*Judge's signature*

City and state: New Haven, Connecticut

Hon. Joan G. Margolis, U.S. Magistrate Judge
*Printed name and title*