UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | ss: New Haven |
| | : | |
| | : | |
| | : | |
| NEW HAVEN COUNTY | : | November 19, 2013 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, John W. Koelzer, being duly sworn on oath, depose and state as follows:

1. I am a Special Agent with the United States Secret Service and have been so employed since April of 2007. I am presently assigned to the New Haven, CT Resident Office. During my time as a Special Agent, I have personally conducted and/or assisted in numerous investigations of criminal violations involving threats to the President and successors to the Presidency. I have on several occasions, been involved with investigations involving internet/computer crimes and have been involved in the execution of numerous arrest and search warrants.

2. This affidavit is submitted in support of securing an arrest warrant for JOSHUA PHILLIP KLIMAS (Male, White, DOB: [redacted] 1981) regarding making threats against the President in violation of Title 18, United States Code, Section 871 and making threats against the President's immediate family in violation of Title 18, United States Code, Section 879(a)(2).

3. The statements contained in this affidavit are based in part on my own personal observations, information provided by other law enforcement officers on whom I regularly rely, information provided by other witnesses, and on my background as a Special Agent with the United States Secret Service. The information

JK

contained in this affidavit is not an exhaustive account of everything I know about this case. Rather, it is only the facts that I believe are necessary to establish probable cause that Joshua Phillip Klimas made threats against the President and his immediate family in violation of Title 18, United States Code, Section 871 and 879.

## DETAILS OF INVESTIGATION

4. On 08/02/13, this agent was contacted via email by SA Amy Knowlton, Protective Intelligence Division, Internet Threat Unit of the U.S. Secret Service (PID-ITU), in regards to an individual making electronic threats with the alias "John Q. Public" directed toward President Barack Obama and his family. The following information was provided by SA Knowlton regarding the statements "John Q. Public" submitted on Whitehouse.gov:

### Contact Us - Civil Rights

Submitted: June 1, 2013 22:55
Originating Host: 68.118.197.22
From: John Q Public
Email Address: obamamustdie@yahoo.com
Phone:
Address (Domestic): 20004
Topic:

Message:
Adolf Obama, this message is to inform you that the actions you are taking AGAINST the american people, and AGAINST the constitution have shown you to be a traitor to this country and all it stands for. You have disgraced many generations of my loved ones with your obsessive need to undermine the system they have put into place to stop tyrants such as you from ceasing control of this country and enslaving its people. For these actions against my fellow americans your family and you have been targeted as enemies of the state and will be dealt with with EXTREME PREJUDICIOUS if you do not resign from your position and execute yourself for treason. I will not rest until you are either behind bars or

a pile of ashes as you do not even deserve to be buried on these great lands. Let it be known a rising is coming and your family will pay the price for you illegal actions and tyrannical behavior. You are not an american you are a Nazi, and a war monger, but worst of all you are a fraud bankrupting this country. If you do not resign by the end of the year I will kill you! You are a traitor and it is my duty under the UNITED STATES CONSTITUTION to end your life for crimes against the american people. Since my family blood has helped write that document, fought for the freedoms given in that document, and died to bring us the liberties awarded to us at birth in this country, it is my job, and the job of the millions behind me to end your tyrannical movement stripping this nation of all that makes it great. Your days are numbered and it will bring me much pleasure to watch the blood pour from your treasonous body, as well as the bodies of your treasonous family starting with your nigglet waste of space children so they can not infect this world any further with your blood line. My advise is get them and your whore wife out of my country to spare them the wrath of your irresponsible decisions and actions.

You are warned! There will not be any more warnings only bullets flying in your direction from drones I built for the sole purpose of removing you from the office you stole from this country.

5. Continuing on this date, this agent transmitted a subpoena to Charter Communications, 12405 Powerscourt Drive, St. Louis, MO, 63131 to obtain subscriber information related to the IP address associated with the posting by John Q. Public. This agent received subscriber information for the account associated with the posting by John Q. Public which showed the subscriber was an individual at an address in Chaplin, CT ("subscriber").

6. On 10/10/2013, this agent located the subscriber, who told this agent that JOSHUA PHILLIP KLIMAS was his roommate at the time of the posting, had access to his internet connection, is a current University of Connecticut ("UConn") Engineering Student, and has a mental health history to include Post Traumatic Stress Disorder ("PTSD"). Additionally, the subscriber stated that JOSHUA PHILLIP KLIMAS threatened him on 09/04/2013, stating, "You're a piece of shit – I'm coming for you." The subscriber stated he made a report of the threat to East Hartford Police Department.

7. On 10/15/2013, I spoke with UConn Police Department Detective Lieutenant Sean Shortell regarding JOSHUA PHILLIP KLIMAS. Lt. Shortell provided a UConn Police Case/Incident Report (#1300004976) dated 02/03/2012, which outlined an email chain between JOSHUA PHILLIP KLIMAS and his professor. Included in the emails, JOSHUA PHILLIP KLIMAS stated, "Have a good weekend, and know that I am not happy, and I am not someone that walk silently away when Im not happy. Also don't ever threaten me again because you have no idea what I used to do for a living before I came to school." The report also showed that on 02/03/2012, Klimas provided a written statement to the UConn Police Department in which he admitted that he sent the emails and that they could be construed in a negative way. He also set forth in the statement that "I will use more caution when sending e-mails, even if it means waiting hours to days to cool down and re-read my original message before I send it." No charges were filed for this incident.

8. Continuing on this date, U.S.S.S. SA Luke Yacovou and this agent interviewed JOSHUA PHILLIP KLIMAS at the UConn Student Union. During the interview, the following was revealed:

a. When questioned by this agent regarding the above posting by John Q. Public, JOSHUA PHILLIP KLIMAS stated that he made the posting. He stated that President Obama, "is breaking the law, doesn't deserve the respect of the people of the United States … My duty is to protect the constitution." He advised that he was an Obama supporter until half-way through the first term, when Obama started attacking the Bill of Rights and violating the Oath of His Office.

b. JOSHUA PHILLIP KLIMAS became agitated and, while pointing

at a copy of the posting in question, stated, "Someone is going to do what I wrote if he doesn't change". He also stated that he wrote it as a wake-up and warning. Additionally, he admitted sending approximately (10-15) angry messages to both WhiteHouse.gov and Congress.gov.

c. JOSHUA PHILLIP KLIMAS stated that he was diagnosed [redacted] at the age of (18), when he was briefly committed twice to the Bristol Connecticut Barnes III Inpatient Hospital Ward. He also stated that he is currently treated by UConn Mental Health Services for [redacted], though he had a several-month lapse in treatment during the time of the above posting. He displayed what appeared to be a Connecticut Medical Marijuana card, which he stated he uses to treat anxiety.

9. On 10/22/2013, this agent spoke with UConn Police Lt. Andy Fornier, who advised that JOSHUA PHILLIP KLIMAS has been Interminably Suspended and is not allowed on UConn campus. Lt. Fornier stated that JOSHUA PHILLIP KLIMAS would not be allowed to continue treatment at UConn Mental Health Services.

## Conclusion

10. Based upon the foregoing information, I believe probable cause has been established to arrest JOSHUA PHILLIP KLIMAS regarding threats made to the President in violation of Title 18, United States Code, Section 871 and threats made to the President's immediate family in violation of Title 18, United States Code, Section 879(a)(2). I therefore, respectfully request that an arrest warrant be issued.

11. I also request that this affidavit be sealed as the investigation is ongoing. Premature disclosure of the content of this affidavit may compromise the integrity of this investigation by alerting others to the existence and nature of the federal investigation, the techniques employed, and the evidence sought to be searched and seized, thereby encouraging others to remove, conceal, and/or destroy evidence, and to change address(es) and avoid any search and eventual apprehension.

JOHN W. KOELZER
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn and subscribed before me
this 19th day of November 2013.

/s/ JGM [redacted]

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE