UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2014 AUG 18 PM 3 59
U.S. DISTRICT COURT
NEW HAVEN, CT.

UNITED STATES OF AMERICA : CRIMINAL NO. 3:13MJ288(JGM)

v. :

JOSHUA PHILLIP KLIMAS : August 14, 2014

PRETRIAL DIVERSION ORDER

The joint motion of the United States and the defendant for a continuance pursuant to 18 U.S.C. § 3161(h), and for authorization of assistance by the United States Probation Office in connection with a Pretrial Diversion Program in the captioned criminal case is

GRANTED

The Clerk of the Court is ordered to transmit a copy of this order to the United States Probation Office.

It is so ORDERED this 18th day of August, at New Haven, Connecticut.

/s/

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE