UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA CRIMINAL NO. 3:13MJ288 (JGM)

v.

JOSHUA PHILLIP KLIMAS August 18, 2015

**MOTION TO DISMISS**

On November 20, 2013, the Defendant was charged with a violation of Title 18, United States Code, Sections 871 and 879.

On August 14, 2014, the defendant entered into an Agreement for Pre-Trial Diversion (the "Agreement"). See Dkt. No. 14.

In connection with the Agreement, the Government agreed to dismiss the Complaint upon successful completion of the program. On August 14, 2015, the Government received a Certification of Completion of Pre-Trial Diversion Program from United States Probation Officer Greg Campos confirming that the defendant has complied with all of the conditions set forth in the Agreement.

Based on this information and pursuant to the Agreement, the United States of America, by and through the undersigned Assistant United States Attorney hereby moves to dismiss the Complaint as to this defendant.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

_/S/_______________________________
RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No.ct20451
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700

**CERTIFICATION**

I hereby certify that on August 18, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

__/S/___________________________
RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY